1  PHILLIP A. TALBERT
   United States Attorney
2  MICHAEL D. ANDERSON
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00243-GEB |
|---|---|
| Plaintiff, | **[PROPSED] ORDER DISMISSING INDICTMENT** |
| v. | |
| SAOLOMON MIKAIO, | |
| Defendant. | |

For the reasons set forth in the motion to dismiss filed by the United States, the charges against defendant **SAOLOMON MIKAIO** in the pending Indictment, are hereby DISMISSED.

Dated: June 12, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1